IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLYCOBIOSCIENCES, Inc., <br><br> Plaintiff, <br> v. <br><br> NYCOMED US, Inc. <br> PHARMADERM, and <br> JAGOTEC AG <br><br> Defendants | Civil Action No. <br><br> **11-cv-1280 (JS)(WDW)** |

VOLUNTARY DISMISSAL OF JAGOTEC WITHOUT PREJUDICE

Plaintiff, GlycoBioSciences, Inc. hereby voluntarily dismisses Defendant Jagotec AG from the above captioned law suit without prejudice. Based upon representations of counsel for Jagotec, Plaintiff has voluntarily dismissed Jagotec from the above lawsuit, however, Plaintiff reserves the right to reassert any or all causes of action against Jagotec at a later date. Jagotec has not been served and has filed no pleadings in this mater, therefore consent to dismissal without prejudice is not required.

    Respectfully submitted,

     /s/  Joseph J. Zito
    Joseph J. Zito (pro hac)
    ZITO tlp
    1250 Connecticut Avenue, NW, Suite 200
    Washington, D.C. 20036
    Tel: (202) 466-3500
    jzito@zitotlp.com

    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of May, 2011, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Alexa Hansen
Covington & Burling LLP
1 Front Street
San Francisco, CA 94111
415-591-7035
Fax: 415-955-6535
Email: ahansen@cov.com
ATTORNEY TO BE NOTICED

Jeffrey B. Elikan
Covington & Burling LLP
1201 Pennsylvania Avenue, Nw
Washington, DC 20004
202-662-6000
Fax: 202-778-5597
Email: jelikan@cov.com
ATTORNEY TO BE NOTICED

Joanne Sum-Ping
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
212-841-1000
Fax: 212-841-1010
Email: jsumping@cov.com
ATTORNEY TO BE NOTICED

      /s/ Joseph J. Zito
      Joseph J. Zito