UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
GLYCOBIOSCIENCES, INC.,

                Plaintiff,   :   11-cv-1280 (JS) (WDW)

      - against -   :   **NOTICE OF APPEARANCE**

NYCOMED US, INC., PHARMADERM, and
JAGOTEC AG,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that Michael N. Kennedy, an attorney duly admitted *pro hac vice* to practice before this Court and an associate employed by Covington & Burling LLP, hereby appears on behalf of defendant Nycomed US, Inc. in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon him at the following address:

    Michael N. Kennedy
    COVINGTON & BURLING LLP
    1201 Pennsylvania Ave., N.W.
    Washington, D.C. 20004
    Tel.: (202) 662-5215
    Email: mkennedy@cov.com

DC: 3984373-1

Dated: Washington, D.C.
       May 17, 2011

COVINGTON & BURLING LLP

By: _____
    Michael N. Kennedy

1201 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel.: (202) 662-5215
Email: mkennedy@cov.com

*Attorneys for Defendant Nycomed US, Inc.*